**BASS v. DURHAM CTY. HOSP. CORP.**

[358 N.C. 144 (2004)]

CHERYL BASS v. DURHAM COUNTY HOSPITAL CORPORATION, AND
REBECCA S. RICH, M.D.

No. 349A03

(Filed 5 March 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 158 N.C. App. 217, 580 S.E.2d 738 (2003), reversing and remanding an order entered 29 October 2001 by Judge Narley L. Cashwell in Superior Court, Durham County, granting defendants judgment on the pleadings and dismissing plaintiff's claims. Heard in the Supreme Court 16 February 2004.

*Hollowell, Mitchell, Von Hagen, Eyster & Warner, P.A., by Joseph T. Copeland and Donald R. Von Hagen, for plaintiff-appellee.*

*Patterson, Dilthey, Clay, Bryson & Anderson L.L.P., by E. C. Bryson, Jr. and Christopher J. Derrenbacher, for defendant-appellant Rebecca S. Rich, M.D.*

*Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., by Timothy P. Lehan and Deanna Davis Anderson, for defendant-appellant Durham County Hospital Corporation.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed.

REVERSED.